DEREK S. BENTSEN (Cal. Bar No. 232550)
Email: bentsend@sec.gov
MELISSA ARMSTRONG
Email: armstrongme@sec.gov
RYAN FARNEY
Email: farneyr@sec.gov
GINA M. JOYCE (Cal Bar NO 143233)
Email: joyceg@sec.gov
100 F Street, NE
Washington, DC 20549
Telephone: (202) 551-6426 (Bentsen)
Facsimile: (202) 772-9282 (Bentsen)

LOCAL COUNSEL
GARY Y. LEUNG (Cal Bar. No. 302928)
Email: leungg@sec.gov
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

Attorneys for the Plaintiff
Securities and Exchange Commission

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>CURATIVE BIOSCIENCES, INC. F/K/A/ HEALTHIENT, INC., WILLIAM M. ALVERSON, KATHERINE WEST ALVERSON, AND STEVEN G. PATTON,<br><br>Defendants, and<br><br>KATHERINE WEST ALVERSON, NORTHEAST CAPITAL GROUP, LLC, AND PANACEA HOLDINGS INC,<br><br>Relief Defendants. | Case No. 8:18-cv-925-SVW-E<br><br>**NOTICE OF LODGING OF [REVISED PROPOSED] FINAL JUDGMENT**<br><br>Date:     N/A<br>Time:     N/A<br>Ctrm:     10A<br>Judge:    Hon. Stephen V. Wilson |

Case No. 8:18-CV-925-SVW-E

Plaintiff Securities and Exchange Commission ("SEC") hereby provides notice of the lodging of a [Revised Proposed] Final Judgment.  The previously submitted [Proposed] Final Judgment authorized the Commission to deposit funds with the United States Treasury if it determined that they would not distributed.  Dkt. No. 159-2 at VI.  The [Revised Proposed] Final Judgment removes that authority.

DATED:  October 20, 2020           Respectfully submitted,


　　　　　　　　　　　　　　　　　　　*/s/ Derek S. Bentsen*
　　　　　　　　　　　　　　　　　　　Melissa Armstrong
　　　　　　　　　　　　　　　　　　　Gina M. Joyce
　　　　　　　　　　　　　　　　　　　Ryan Farney
　　　　　　　　　　　　　　　　　　　Gary Y. Leung
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　Securities and Exchange Commission

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

    U.S. SECURITIES AND EXCHANGE COMMISSION,
    100 F St., NE, Washington, DC 20549
    Telephone No. (202) 551-6426; Facsimile No. (202) 772-9245.

On October 20, 2020, I caused to be served the document entitled **NOTICE OF LODGING OF [REVISED PROPOSED] FINAL JUDGMENT AND [REVISED PROPOSED] FINAL JUDGMENT** on all the parties to this action addressed as stated on the attached service list:

☒ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: October 20, 2020        */s/ Derek S. Bentsen*
                                          Derek S. Bentsen

*SEC v. Curative Biosciences, Inc. et al*
United States District Court—Central District of California
Case No. 8:18-cv-925-SVW-E

## SERVICE LIST

William Alverson, *pro se*
Redacted
Jupiter, FL XXXXX

Katherine West Alverson, *pro se*
Redacted
Jupiter, FL XXXXX

Curative Biosciences, Inc.
c/o Registered Agents, Inc.
401 Ryland St. Suite 200-A
Reno, NV 89502

Northeast Capital Group, LLC
c/o Agents and Corporations, Inc.
1201 N Orange St, Suite 600
Wilmington, DE 19801

Panacea Holdings, Inc.
c/o Agents and Corporations, Inc.
1201 N Orange St, Suite 600
Wilmington, DE 19801